**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Deanna M. Thompson | Chapter: 7 |
| | | Case No: 14−30483 |
| | Debtor | Judge Henry J. Boroff |

**CLERK'S NOTICE OF TRUSTEE'S INACTIVITY**

The above referenced bankruptcy case has been inactive for a period of more than six months and is presently in the status of "Awaiting Trustee's Report". Please review the above case and file the appropriate report:

    *Trustee's No Asset Report
    *Trustee's Notice of Assets
    *Trustee's Report Before Distribution
    *Trustee's Report After Distribution
    *Status Report

The deadline for filing the report is thirty days from the date of this Notice.

Date:10/28/15

    James M. Lynch
    Clerk, U.S. Bankruptcy Court

    By the Court,

    <u>Sheila Smith</u>
    Deputy Clerk
    413−785−6910

32